## 35256. MONTGOMERY v. MONTGOMERY.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 10, 1979 — DECIDED OCTOBER 23, 1979.

*Robinson, Harben, Armstrong & Millikan, Sam S. Harben, Jr.,* for appellant.

*Robert E. Andrews,* for appellee.